UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION NO:

| | |
|---|---|
| **Federal Home Loan Mortgage Corporation** | |
| **Plaintiff** | COMPLAINT |
| vs. | RE:<br>83 Ridge Road, Lisbon, ME 04250 |
| **Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews** | Mortgage:<br>April 28, 2006<br>Book 6751, Page 308 |
| **Defendant** | |

NOW COMES the Plaintiff, Federal Home Loan Mortgage Corporation, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by Federal

Home Loan Mortgage Corporation, in which the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, is the obligor and the total amount owed under the terms of the Note is One Hundred Eighty-Eight Thousand Seven Hundred Seven and 20/100 ($188,707.20) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. Federal Home Loan Mortgage Corporation is a corporation organized under the laws of the United States of America, with its principal place of business located at 5000 Plano Parkway, Carollton, TX 75010.

5. The Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, is a resident of Lewiston, County of Androscoggin and State of Maine.

## FACTS

6. On April 28, 2006, by virtue of a Warranty Deed from Stephen C. Brown, which is recorded in the Androscoggin County Registry of Deeds in **Book 6751, Page 306**, the property situated at 83 Ridge Road, County of Androscoggin, and State of Maine, was conveyed to Michael A. Matthews and Crystal S. Matthews, being more particularly described by the attached legal description.  *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

7. On April 28, 2006, Michael A. Matthews and Crystal S. Matthews executed and delivered to American Home Mortgage a certain Note in the amount of $212,430.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

8. To secure said Note, on April 28, 2006, Michael A. Matthews and Crystal S. Matthews executed a Mortgage Deed in favor of Mortgage Electronic Registration Systems, Inc., as nominee for American Home Mortgage, securing the property located at 83 Ridge Road, Lisbon, ME 04250 which Mortgage Deed is recorded in the Androscoggin County Registry of Deeds in **Book 6751**, **Page 308**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

9. On May 23, 2016, Crystal S. Matthews passed away.

10. On October 28, 2017, Michael A. Matthews passed away.

11. On November 20, 2017, Araminta Star Matthews was appointed as Personal Representative of the Estate of Michael A. Matthews by the State of Maine, Probate Court Docket No. 2017-500, and as such, has no personal liability in this matter.

12. The Mortgage was then assigned to Nationstar Mortgage LLC d/b/a Mr. Cooper by virtue of an Assignment of Mortgage dated January 25, 2018 and recorded in the Androscoggin County Registry of Deeds in **Book 9778**, **Page 27**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. The Mortgage was then assigned to Countrywide Home Loans, Inc. by virtue of a Quitclaim Assignment dated April 12, 2018 and recorded in the Androscoggin County Registry of Deeds in **Book 9822**, **Page 196**. *See* Exhibit E (a true and correct copy of the Quitclaim Assignment is attached hereto and incorporated herein).

14. The Mortgage was then assigned to Federal Home Loan Mortgage Corporation by virtue of an Assignment of Mortgage dated July 26, 2018 and recorded in the Androscoggin County

Registry of Deeds in **Book 9932**, **Page 149**.  *See* Exhibit F (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

15. The Mortgage was then assigned to Nationstar Mortgage LLC d/b/a Mr. Cooper by virtue of an Assignment of Mortgage dated April 26, 2018 and recorded in the Androscoggin County Registry of Deeds in **Book 9828**, **Page 327**.  *See* Exhibit G (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

16. On October 4, 2018, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter").  *See* Exhibit H (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

17. The Demand Letter informed Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter.  *See* Exhibit H.

18. Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, failed to cure the default prior to the expiration of the Demand Letter.

19. The Plaintiff, Federal Home Loan Mortgage Corporation, is the present holder of the Note pursuant to endorsement by the previous holder, payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., 10 M.R.S. § 9416, and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

20. The Plaintiff, Federal Home Loan Mortgage Corporation, is the lawful holder and owner of the Note and Mortgage, however, its recovery is limited to an in rem recovery against the subject property.

21. The total debt owed under the Note and Mortgage as of December 3, 2018 is One Hundred Eighty-Eight Thousand Seven Hundred Seven and 20/100 ($188,707.20) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $170,380.95 |
| Interest | $11,826.47 |
| Late Fees | $397.56 |
| Escrow Advance | $3,319.97 |
| Lender Paid Expenses | $2,782.25 |
| Grand Total | $188,707.20 |

22. Upon information and belief, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, is presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE

23. The Plaintiff, Federal Home Loan Mortgage Corporation, repeats and re-alleges paragraphs 1 through 22 as if fully set forth herein.

24. This is an action for foreclosure respecting a real estate related Mortgage and title located at 83 Ridge Road, Lisbon, County of Androscoggin, and State of Maine. *See* Exhibit A.

25. The Plaintiff, Federal Home Loan Mortgage Corporation, is the holder of the Note referenced in Paragraph 7 pursuant to endorsement by the previous holder and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, Federal Home Loan Mortgage Corporation, has the right to foreclosure upon the subject property.

26. The Plaintiff, Federal Home Loan Mortgage Corporation, is the current owner and investor of the aforesaid Mortgage and Note.

27. Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, is presently in default on said Mortgage and Note, having failed to make the monthly payment due December 1, 2017, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Note, but has no personal liability for said breach.

28. The total debt owed under the Note and Mortgage as of December 3, 2018 is One Hundred Eighty-Eight Thousand Seven Hundred Seven and 20/100 ($188,707.20) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $170,380.95 |
| Interest | $11,826.47 |
| Late Fees | $397.56 |
| Escrow Advance | $3,319.97 |
| Lender Paid Expenses | $2,782.25 |
| Grand Total | $188,707.20 |

29. The record established through the Androscoggin County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

30. By virtue of the Defendants' breach of condition, the Plaintiff hereby demands a foreclosure on said real estate.

31. Notice in conformity with 14 M.R.S.A. §6111 was sent to the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, on October 4, 2018, evidenced by the Certificate of Mailing.. *See* Exhibit H.

## COUNT II – BREACH OF NOTE

32. The Plaintiff, Federal Home Loan Mortgage Corporation, repeats and re-alleges paragraphs 1 through 31 as if fully set forth herein.

33. On April 28, 2006, Michael A. Matthews and Crystal S. Matthews executed and delivered to American Home Mortgage a certain Note in the amount of $212,430.00. *See* Exhibit B.

34. The Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, is in default for failure to properly tender the December 1, 2017 payment and all subsequent payments. *See* Exhibit H.

35. The Plaintiff, Federal Home Loan Mortgage Corporation, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews.

36. The Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, having failed to comply with the terms of the Note and Mortgage, is in breach of both the Note and the Mortgage, but any remedy shall be limited to the subject property.

37. The Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews's breach is knowing, willful, and continuing.

38. The Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews's breach has caused Plaintiff Federal Home Loan Mortgage Corporation to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

39. The total debt owed under the Note and Mortgage as of December 3, 2018, if no payments are made, is One Hundred Eighty-Eight Thousand Seven Hundred Seven and 20/100 ($188,707.20) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $170,380.95 |
| Interest | $11,826.47 |
| Late Fees | $397.56 |
| Escrow Advance | $3,319.97 |

| | |
|---|---:|
| Lender Paid Expenses | $2,782.25 |
| Grand Total | $188,707.20 |

40. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

41. The Plaintiff, Federal Home Loan Mortgage Corporation, repeats and re-alleges paragraphs 1 through 40 as if fully set forth herein.

42. By executing, under seal, and delivering the Note, Michael A. Matthews and Crystal S. Matthews entered into a written contract with American Home Mortgage who agreed to loan the amount of $212,430.00 to Michael A. Matthews and Crystal S. Matthews. *See* Exhibit B.

43. As part of this contract and transaction, Michael A. Matthews and Crystal S. Matthews executed the Mortgage to secure the Note and the subject property. *See* Exhibit C.

44. The Plaintiff, Federal Home Loan Mortgage Corporation, is the proper holder of the Note and successor-in-interest to American Home Mortgage, and has performed its obligations under the Note and Mortgage.

45. The Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, breached the terms of the Note and Mortgage by failing to properly tender the December 1, 2017 payment and all subsequent payments. *See* Exhibit H.

46. The Plaintiff, Federal Home Loan Mortgage Corporation, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews.

47. The Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, having failed to comply with the terms of the Note and Mortgage, is in breach of contract, but has no personal liability hereunder.

48. The Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, is indebted to Federal Home Loan Mortgage Corporation in the sum of One Hundred Eighty-Eight Thousand Seven Hundred Seven and 20/100 ($188,707.20) Dollars, for money lent by the Plaintiff, Federal Home Loan Mortgage Corporation, to Michael A. Matthews and Crystal S. Matthews.

49. Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews' breach is knowing, willful, and continuing.

50. Defendant Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews' breach has caused Plaintiff, Federal Home Loan Mortgage Corporation, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

51. The total debt owed under the Note and Mortgage as of December 3, 2018, if no payments are made, is One Hundred Eighty-Eight Thousand Seven Hundred Seven and 20/100 ($188,707.20) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $170,380.95 |
| Interest | $11,826.47 |
| Late Fees | $397.56 |
| Escrow Advance | $3,319.97 |
| Lender Paid Expenses | $2,782.25 |
| Grand Total | $188,707.20 |

52. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

## COUNT IV – QUANTUM MERUIT

53. The Plaintiff, Federal Home Loan Mortgage Corporation, repeats and re-alleges paragraphs 1 through 52 as if fully set forth herein.

54. American Home Mortgage, predecessor-in-interest to Federal Home Loan Mortgage Corporation, loaned Michael A. Matthews and Crystal S. Matthews $212,430.00. *See* Exhibit B.

55. The Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, is in default for failure to properly tender the December 1, 2017 payment and all subsequent payments. *See* Exhibit H.

56. As a result of the Defendant's failure to perform under the terms of her obligation, the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, should be required to compensate the Plaintiff, Federal Home Loan Mortgage Corporation.

57. As such, the Plaintiff, Federal Home Loan Mortgage Corporation, is entitled to relief under the doctrine of *quantum meruit*.

## COUNT V – UNJUST ENRICHMENT

58. The Plaintiff, Federal Home Loan Mortgage Corporation, repeats and re-alleges paragraphs 1 through 57 as if fully set forth herein.

59. American Home Mortgage, predecessor-in-interest to Federal Home Loan Mortgage Corporation, loaned Michael A. Matthews and Crystal S. Matthews $212,430.00. *See* Exhibit B.

60. The Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, has failed to repay the loan obligation.

61. As a result, the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, has been unjustly enriched to the detriment of the Plaintiff, Federal Home Loan Mortgage Corporation as successor-in-interest to American Home Mortgage by having received the aforesaid benefits and money and not repaying said benefits and money.

62. As such, the Plaintiff, Federal Home Loan Mortgage Corporation, is entitled to relief.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, Federal Home Loan Mortgage Corporation, prays this Honorable Court:

a) Issue a judgment of foreclosure in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff, Federal Home Loan Mortgage Corporation, upon the expiration of the period of redemption;

c) Find that the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, is in breach of the Note by failing to make payment due as of December 1, 2017, and all subsequent payments, but has no personal liability;

d) Find that the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, is in breach of the Mortgage by failing to make payment due as of December 1, 2017, and all subsequent payments, but has no personal liability;

e) Find that Michael A. Matthews and Crystal S. Matthews entered into a contract for a sum certain in exchange for a security interest in the subject property;

f) Find that the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, is in breach of contract by failing to comply with the terms and

conditions of the Note and Mortgage by failing to make the payment due December 1, 2017 and all subsequent payments, but has no personal liability;

g) Find that the Plaintiff, Federal Home Loan Mortgage Corporation, is entitled to enforce the terms and conditions of the Note and Mortgage;

h) Find that by virtue of the money retained by the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews has been unjustly enriched at the Plaintiff's expense;

i) Find that such unjust enrichment entitles the Plaintiff, Federal Home Loan Mortgage Corporation, to restitution;

j) Find that the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, is liable to the Plaintiff, Federal Home Loan Mortgage Corporation, for money had and received;

k) Find that the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, is liable to the Plaintiff for quantum meruit;

l) Find that the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, has appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, Federal Home Loan Mortgage Corporation, is entitled to restitution for this benefit from the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews;

o) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

p) Additionally, issue a money judgment against the Defendant, Araminta Star Matthews, Personal Representative of the Estate of Michael A. Matthews, with any remedy being limited to the subject property, and in favor of the Plaintiff, Federal Home Loan Mortgage Corporation, in the amount of One Hundred Eighty-Eight Thousand Seven Hundred Seven and 20/100 ($188,707.20) Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs;

q) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
Federal Home Loan Mortgage Corporation,
By its attorneys,

Dated: November 26, 2018

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670